UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA K MARTINEZ, *et al.*,
                          Plaintiffs,

-v-

ARROW LOGISTICS, LLC, *et al.*,
                          Defendants.

23-CV-10234 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on November 22, 2023. Counsel for Plaintiffs is directed to file an appearance with this Court no later than December 18, 2023.

    Counsel for Defendants shall serve a copy of this order on counsel for Plaintiffs by December 4, 2023.

    SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge