UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA K MARTINEZ, *et al.*,
                                  Plaintiffs,

                    -v-

ARROW LOGISTICS, LLC, *et al.*,
                                  Defendants.

23-CV-10234 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case involves a vehicle accident that occurred on September 18, 2022, in Manhattan. The action was removed from state court to this Court on November 22, 2023. The original fact discovery deadline was April 17, 2024. (See ECF No. 13.) Since the initial scheduling order, the parties have requested, and this Court has granted, a total of *eleven* extensions of discovery deadlines. (See ECF Nos. 17, 23, 27, 33, 36, 38, 41, 45, 47, 51, 55.) Following the latest extension, all paper discovery must be completed by February 24, 2026, and all depositions by February 28, 2026. (See ECF Nos. 51, 55.) Defendants have now moved for yet another "brief extension" to complete depositions, as well as for "leave of Court to upload subpoenas to the ECF docket for the Court's review and signature so that [they] may subpoena the records directly from the facilities." (ECF No. 56.)

The parties have been far from diligent in conducting discovery in this case. There appears to be no good reason why discovery should not have been completed many months, if not years, ago. Nevertheless, the Court will grant one final extension of the discovery deadline. **All** discovery shall be completed by **March 20, 2026**. No further extensions will be granted absent extraordinary circumstances.

1

Defendants' request for court-ordered subpoenas for third-party discovery is denied as untimely, given that the request was made days before the document-discovery deadline and Defendants have not shown good cause for their failure to propound such discovery in a reasonably timely manner.

The jury trial in this case is hereby scheduled to commence on **June 22, 2026, at 9:30 a.m.** in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square.  On or before **May 22, 2026**, the parties shall file a Joint Pretrial Order in compliance with this Court's Individual Rules and Practices in Civil Cases, as well as any motions in limine.  On or before **June 5, 2026**, the parties shall file responses to any motions in limine as well as proposed jury instructions and proposed voir dire questions.

The Clerk of Court is directed to close the motion at ECF No. 56.

SO ORDERED.

Dated: February 17, 2026
       New York, New York

                             J. PAUL OETKEN
                         United States District Judge